**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:   MELVIN GAYLES                                                           Case No.: 08-14098

         Debtor(s)

---

**CHAPTER 13 STANDING TRUSTEE FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/02/2008.

2) The case was confirmed on 08/20/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/02/2009.

5) The case was dismissed on 04/30/2009.

6) Number of months from filing to the last payment:  8

7) Number of months case was pending:  14

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    49,246.98

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(4/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 4,390.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 4,390.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 2,503.00 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 326.88 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,829.88 |
| Attorney fees paid and disclosed by debtor | $ 997.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK NATIONAL ASS | SECURED | 123,445.38 | 110,021.97 | .00 | .00 | .00 |
| US BANK NATIONAL ASS | SECURED | .00 | .00 | 1,004.21 | 1,004.21 | .00 |
| LITTON LOAN SERVICIN | SECURED | 111,795.09 | 105,173.03 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | .00 | .00 | 555.91 | 555.91 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,836.00 | 3,000.00 | 3,000.00 | .00 | .00 |
| CLERK OF THE CIRCUIT | UNSECURED | 108.00 | NA | NA | .00 | .00 |
| 77TH ST DEPOT FEDERA | UNSECURED | 4,320.55 | 4,230.55 | 4,230.55 | .00 | .00 |
| SBC ILLINOIS | UNSECURED | 652.00 | NA | NA | .00 | .00 |
| TCF BANK | UNSECURED | 205.00 | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAN GENERAL FIN | UNSECURED | NA | NA | NA | .00 | .00 |
| AMERICAS SERVICING C | UNSECURED | NA | NA | NA | .00 | .00 |
| ARM PROFESSIONAL SVC | UNSECURED | 321.00 | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | NA | NA | NA | .00 | .00 |
| CASHLAND FINANCIAL | UNSECURED | 603.00 | 706.92 | 706.92 | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 820.00 | 1,263.08 | 1,263.08 | .00 | .00 |
| CODILIS & ASSOCIATES | OTHER | NA | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | NA | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | NA | NA | NA | .00 | .00 |
| FOUNDATION EMERGENCY | UNSECURED | 193.00 | NA | NA | .00 | .00 |
| EMC MORTGAGE | UNSECURED | NA | NA | NA | .00 | .00 |
| GMAC MORTGAGE | UNSECURED | NA | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| COMMONWEALTH EDISON | UNSECURED | 2,028.00 | NA | NA | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 963.00 | 962.71 | 962.71 | .00 | .00 |
| ILLINOIS LENDING GRO | UNSECURED | 365.72 | 365.72 | 365.72 | .00 | .00 |
| ILLINOIS LENDING GRO | UNSECURED | 2,902.06 | NA | NA | .00 | .00 |
| INDYMAC BANK | UNSECURED | NA | NA | NA | .00 | .00 |
| ECMC | UNSECURED | 37,615.00 | 37,615.00 | 37,615.00 | .00 | .00 |
| KCA FINANCIAL SERVIC | UNSECURED | 73.00 | NA | NA | .00 | .00 |
| LINEBARGER GOGGAN BL | UNSECURED | 370.00 | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | NA | NA | NA | .00 | .00 |
| M3 FINANCIAL SVCS | UNSECURED | 551.00 | 551.00 | 551.00 | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| MIDLAND FINANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| MIDWEST MIDICORP | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| NATIONAL AUTO CREDIT | UNSECURED | NA | NA | NA | .00 | .00 |
| NATIONAL CITY MORTGA | UNSECURED | NA | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | 4,121.00 | 4,121.00 | 4,121.00 | .00 | .00 |
| NICOR GAS | UNSECURED | NA | NA | NA | .00 | .00 |
| OPTION ONE MORTGAGE | UNSECURED | NA | NA | NA | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | 2,562.72 | 2,562.72 | 2,562.72 | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,376.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | NA | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | NA | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | UNSECURED | 1,376.00 | NA | NA | .00 | .00 |
| PLS FINANCIAL SVCS I | OTHER | NA | NA | NA | .00 | .00 |
| PRIME ACCEPTANCE | UNSECURED | NA | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 2,125.00 | 2,200.00 | 2,200.00 | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | OTHER | NA | NA | NA | .00 | .00 |
| SOCIAL SECURITY ADMI | UNSECURED | 7,810.00 | NA | NA | .00 | .00 |
| UNITED CONSUMER FINA | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NA | NA | NA | .00 | .00 |
| VILLAGE OF RIVERDALE | UNSECURED | 271.87 | NA | NA | .00 | .00 |
| NICOR GAS | UNSECURED | NA | NA | NA | .00 | .00 |
| US BANK | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERV | OTHER | NA | NA | NA | .00 | .00 |
| KATHERIA POLK | OTHER | NA | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | SECURED | 5,277.74 | 5,277.74 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(4/1/2009)**

```
================================================================================
 Scheduled Creditors:

 Creditor                   Claim         Claim         Claim       Principal      Int.
   Name          Class     Scheduled     Asserted      Allowed        Paid        Paid

 MR CALLION           OTHER         NA           NA           NA          .00        .00
 MCSI/RMI             OTHER         NA           NA           NA          .00        .00
 JAMES POPJOY         OTHER         NA           NA           NA          .00        .00
 PAYDAY LOAN STORE    OTHER         NA           NA           NA          .00        .00
 US BANK NATIONAL ASS OTHER         NA           NA           NA          .00        .00
 INTERNAL REVENUE SER UNSECURED     NA      4,638.93     4,638.93        .00        .00
 MIDWEST TITLE LOANS  SECURED       NA        718.78          .00        .00        .00
 LITTON MORTGAGE SERV OTHER         NA           NA           NA          .00        .00
================================================================================
```

**UST Form 101-13-FR-S(4/1/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | 1,560.12 | 1,560.12 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 1,560.12 | 1,560.12 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 7,230.55 | .00 | .00 |
| **TOTAL PRIORITY:** | 7,230.55 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 54,987.08 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,829.88 |
| Disbursements to Creditors | $ | 1,560.12 |
| **TOTAL DISBURSEMENTS:** | $ | 4,390.00 |

12)   The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed.  The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:   07/20/2009                                   /s/ Tom Vaughn
                                                                       Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption  5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(4/1/2009)**